THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR04-5488RBL |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL DATE AND DEADLINE FOR PRE-TRIAL MOTIONS |
| OLIVER P. BRIGHAM, ) | |
| Defendant. ) | |

THE COURT having considered the entirety of the record herein, including Defendant Oliver Brigham's unopposed motion to continue trial, comments and arguments of counsel and Defendant at a status conference held on April 12, 2005, and Defendant having submitted a written speedy trial waiver through September, 2005,

FINDS AND RULES AS FOLLOWS:

1. This case involves an alleged violation of the Archaeological Resource Protection Act, a specialized and complex area of law that is new to defense counsel. Counsel was appointed, after the first defense counsel withdrew, on February 22, 2005.

2. Defendant Brigham resides, and the alleged violation occurred, in a remote, rural location in Skamania County in Southern Washington, requiring several hours of travel time to visit. Because of this, trial preparation and consultation has taken longer than usual to progress.

3. Defense counsel has consulted with an expert archaeologist whose opinion will be crucial to plea negotiations and trial defense. The expert needs additional time to analyze the pertinent materials and prepare an opinion.

ORDER CONTINUING TRIAL DATE AND
PRE-TRIAL MOTIONS DUE DATE - 1
United State v. Oliver Brigham/CR04-5488RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

4. Because of all these factors, Defendant and Defense counsel agree that they cannot adequately be prepared for trial on April 25, 2005. They request a continuance until August or September, 2005.

5. The United States does not oppose a continuance until July or early August, 2005.

6. Based upon the reasons stated herein and during the status conference, and for the reasons stated in Defendant's motion to continue, **it is hereby ORDERED that the trial shall be continued from April 25, 2005, until July 5, 2005, at 9:30 a.m.** The deadline for filing pre-trial motions is extended to May 31, 2005. A pre-trial conference is scheduled for June 21, 2005, at 9:00 a.m.

7. The Court FINDS that the period of time between April 25, 2005, until July 5, 2005, shall be excluded from computation under 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i), (ii), and (iv), because of the nature of the prosecution, and the existence of novel questions of law, and the need for counsel for the defendant for more time for effective preparation, taking into account the exercise of due diligence, and that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

8. The Court further FINDS that the ends of justice served by this continuance outweigh the best interest of the public and Defendant in a speedy trial.

IT IS SO ORDERED this 13th day of April, 2005.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL DATE AND
PRE-TRIAL MOTIONS DUE DATE - 2
United State v. Oliver Brigham/CR04-5488RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970