UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OLIVER BRIGHAM,<br><br>　　　　　　Defendant. | CASE NO.CR04-5488RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

The Government orally moved to continue the trial date. Defendant joins and concurs with the request. For the reasons orally stated, on the record, the Motion is GRANTED and the Trial Date is **CONTINUED to November 14, 2005.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JULY 5, 2005 to NOVEMBER 14, 2005** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **NOVEMBER 14, 2005 at 9:30 a.m.**

The Pretrial Conference is rescheduled for **NOVEMBER 1, 2005 at 9:00 a.m.**

The Motions Cutoff date is extended to **AUGUST 22, 2005.**

IT IS SO ORDERED this 21st day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2