1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

OLIVER BRIGHAM,

            Defendant.

CASE NO. CR04-5488

ORDER

       This matter comes before the court upon Defendant's Motion to Dismiss Count I: Insufficient Evidence (Dkt. # 49). The court has reviewed the motion and supporting memorandum and affidavit as well as the Government's response. The issues raised by the motion are appropriate for resolution by the jury, or by motion after presentation of evidence at trial. The motion is, therefore, DENIED.

       Dated this 28th day of October, 2005.

                                                                           JAMES L. ROBART
                                                          United States District Judge

ORDER